The New Hartford Cotton Manufacturing Company, Respondent, v. Morris Lowenstein and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

. Gilmore Company, Respondent, v. Milo D. Smith, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John E. Roth, for Himself and for All Other Stockholders of the Defendant Corporation Who Shall Come in, etc., Respondent, v. Samuel L. Robertson, Appellant, Impleaded with The S. L. Robertson Amusement Company.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Examination of Amandus Bronner, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution upon the Application of Joseph Block, Judgment Creditor, Appellant, under a Judgment Recovered in an Action Entitled Municipal Court, City of Syracuse, County of Onondaga, N. Y., Joseph Block, Plaintiff, v. Amandus Bronner, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Charles Dillon and Charles J. Brown, as Trustees of the Village of Marcellus, Appellants, v. Edward Moir, as President of the Village of Marcellus, Respondent.— Order affirmed, with costs. All concurred.

In the Matter of Henry Davis, an Attorney at Law.— Upon reading and filing certified copy of the record of conviction of said Henry A. Davis of a felony, he is disbarred and removed from his office of attorney and counselor at law and his name ordered stricken from the roll of attorneys and counselors.

David A. Pearsall, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Vogel Binder Company, Plaintiff, v. William J. Montgomery and Others, Defendants.— Application for stay granted. Settle order before Mr. Justice Spring on two days' notice.

Charles M. Lane, Respondent, v. Albert O. Fenn and Others, Appellants.— Motion for leave to appeal to Court of Appeals from order of affirmance entered January 6, 1909, granted and questions for review certified.

Margaret Pfeiffer, as Administratrix, etc., Plaintiff, v. New York Central and Hudson River Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Robson, J., who dissented.

Charles M. Lane, Respondent, v. Albert O. Fenn and Others, Appellants.— Motion for leave to appeal to Court of Appeals from order of affirmance entered January 27, 1909, granted, and question for review certified.

Michael J. Beck, Appellant, v. James McLane, Respondent.— Motion for leave to appeal to Court of Appeals granted.

William F. Irwin, as Administrator, etc., Respondent, v. The Grand Trunk Railway Company of Canada, Appellant.— Motion for reargument denied, with ten dollars costs.